PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ELLINOR R. CODER, CA 258258
Special Assistant United States Attorney
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4814
    E-Mail: Ellinor.Coder@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAN KAY JONES,<br>    Plaintiff,<br>v.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br>    Defendant. | CIVIL NO. 2:22-cv-02291-WBS-DB<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, with approval of the Court, that the above-entitled action be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Appeals Council will instruct the Administrative Law Judge to offer the claimant the opportunity of a hearing where she may testify and submit additional evidence; re-evaluate the medical evidence and opinions of record; re-evaluate the Plaintiff's subjective allegations; re-evaluate the mental residual functional capacity assessment, consistent with 20 CFR 404.1545 and SSR 96-8p; proceed with the sequential evaluation, as warranted; and issue a new decision.

STIPULATION TO REMAND

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g). The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted this 1st day of September, 2023.

/s/ Barbara Rizzo*
BARBARA RIZZO
Attorney for Plaintiff
*Authorized by email on August 16, 2023

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:   /s/ Ellinor R. Coder
ELLINOR R. CODER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

Dated:  September 1, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE